175 A.3d 156

MATTHEW KEEFE, PLAINTIFF–PETITIONER, v. XAVIER FER-
NANDEZ, ET AL., DEFENDANTS, AND BOROUGH OF RIDGE-
FIELD, RIDGEFIELD FIRE DEPARTMENT, TRUSTEES OF
RIDGEFIELD LADDER COMPANY NO. 1, GARY CHARTOFF,
AND ANDREW CHARTOFF, DEFENDANTS–RESPONDENTS,
AND MELISSA CHARTOFF, DEFENDANT–RESPONDENT.

C–241 September Term 2017
079899

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003760–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.